No. 478. MERLE B. COPELAND *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

*Messrs. William L. Day, Luther Day,* and *Joseph C. Breitenstein,* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States.